NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000663
11-JAN-2018
10:15 AM

NO. CAAP-15-0000663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DANE S. FIELD,
TRUSTEE OF THE BANKRUPTCY ESTATE OF ALOHA SPORTS INC.,
Plaintiff-Appellant,
v.
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
AN UNINCORPORATED ASSOCIATION,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-1832)

ORDER OF CORRECTION
(By: Chan, J., for the court[1])

The Summary Disposition Order, filed on October 30, 2017, is hereby corrected as follows:

On page 4, in the fourth line of the third paragraph, the word "reversed" should be replaced with "vacated" so that as corrected, the text reads: ". . . jury verdict and vacated the pretrial dismissal . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 11, 2018.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard, and Chan, JJ.